UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:25-CT-3024-M

**Dayshawn Beckham**,

Plaintiff,

v.

**Captain Frank**, *et al.*,

Defendants.

**Defendants' Third Motion to Extend the Time to Complete Discovery and File Dispositive Motions**

Defendants Frink, Brade, and Gillis, with the consent of Plaintiff, move for an extension of time, in accordance with Rule 6(b) of the Federal Rules of Civil Procedure, to complete discovery and file dispositive motions. Defendants request a **one-week extension** of the pending deadlines outlined in the Court's Scheduling Order, such that the parties would have up to and including July 13, 2026, to complete discovery and August 12, 2026, to file dispositive motions.

The parties have conferred, and Plaintiff consents to this motion. In support of this motion, Defendants show as follows:

1.      Plaintiff filed the operative Complaint in this action on August 25, 2025, in which he advances claims under Section 1983 against Defendants. DE 11 at 2.

2.      This Court entered its Scheduling Order on January 5, 2026, providing for a discovery deadline of May 5, 2026, and a dispositive motions deadline of June 4, 2026. DE 22 at 1.

3. This Court appointed the North Carolina Prisoner Legal Services to assist Plaintiff with discovery, and attorneys for this organization noticed their appearances in this case on January 6 and 22, 2026. DE 23 at 1; DE 24 at 1.

4. Since that time, the parties have been engaging in discovery.

5. Plaintiff served his First Set of Interrogatories, Requests for Production, and Requests for Admission upon Defendants on February 2, 2026.

6. Defendants timely responded to these requests on March 4, 2026.

7. Plaintiff served his Second Set of Interrogatories, Requests for Production, and Requests for Admission upon Defendant on April 1, 2026.

8. Defendants required additional time to respond to these requests and thus sought and received a 30-day extension to the deadlines outlined in this Court's scheduling order. DE 26 at 1; DE 27 at 1.

9. Defendants sought and received a second extension to the deadlines outlined in this Court's scheduling order. DE 28 at 1; DE 29 at 1.

10. Defendants have since collected the necessary material responsive to requests for production of documents but are waiting for original and supplemental responses to interrogatories. Defendants are likely able to meet their discovery obligations by the current deadline, but Plaintiff will not have an opportunity to review discovery responses prior to the close of discovery.

11.     The parties would thus benefit from an extension of all deadlines in this case by 7 days, and the parties may be prejudiced if they are not able to fulfill their discovery obligations despite good-faith efforts.

12.     The current deadline to complete discovery and file dispositive motions in this case has not yet expired.

13.     Defendants are not filing this motion for an improper purpose or in bad faith and expect that the enlargement of time requested here will afford adequate time to complete discovery and file dispositive motions.

14.     The undersigned has conferred with counsel for Plaintiff, who consents to this motion.

This 1st day of July 2026.

JEFF JACKSON
Attorney General

/s/ *Tanner J. Ray*
Tanner J. Ray (N.C. Bar No. 59422)
Assistant Attorney General
N.C. Department of Justice
Public Safety Section
P.O. Box 629
Raleigh, NC 27602
Phone: 919-716-6540
Fax: 919-716-6761
tjray@ncdoj.gov

CERTIFICATE OF SERVICE

I certify that, on this day, I electronically filed this Motion for Extension of Time with the Clerk of the Court utilizing the CM/ECF system, which will provide notice upon the below-listed counsel as follows:

Sunny Frothingham
sfrothingham@ncpls.org
Cheryl Sullivan
csullivan@ncpls.org
*Counsel for Plaintiff*

This 1st day of July 2026.

/s/ *Tanner J. Ray*
Tanner J. Ray
Assistant Attorney General