# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION

**No. 5:25-CT-03024-M**

| | |
|---|---|
| **DAYSHAWN BECKHAM,** | |
| **Plaintiff,** | |
| v. | **NCPLS RESPONSE TO APPOINTMENT ORDER** |
| **CAPTAIN FRANK,** *et al.*, | |
| **Defendants.** | |

In response to the court's order and pursuant to Standing Order 21-SO-11, undersigned counsel have assisted Plaintiff with discovery and provided legal advice in this case. North Carolina Prisoner Legal Services, Inc. ("NCPLS") will not provide further representation to Plaintiff in this action.

Additionally, NCPLS provides notice to the court that the Defendant captioned as "Lieutenant Gilles" is David Gillis, the Defendant captioned as "Captain Frank" is Anthony Frink, and the Defendant captioned as "Captain Brade" is Leon Brade. *See* D.E. 16.

Respectfully submitted on August 10, 2026.

/s/ Sunny Khan Frothingham
Sunny Khan Frothingham
N.C. Bar No. 62367
sfrothingham@ncpls.org

/s/ Cheryl A. Sullivan
Cheryl A. Sullivan
N.C. Bar No. 42489
csullivan@ncpls.org

N.C. Prisoner Legal Services, Inc.
Post Office Box 25397
Raleigh, North Carolina 27611
(919) 856-2200
(919) 856-2223 (Fax)


*Discovery Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 10, 2026, I electronically filed the foregoing with the

Clerk of the Court using the CM/ECF system, which will send notification of such filing to all

counsel of record. I further certify that I mailed a copy of the foregoing via USPS, postage

prepaid, to the following individual:

Dayshawn Beckham, OPUS#: 1394471
Scotland Correctional Institution
22385 McGirts Bridge Road
Laurinburg, NC 28352

/s/ Sunny Khan Frothingham
Sunny Khan Frothingham