UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:25-CT-3024-M

| | |
|---|---|
| **Dayshawn Beckham**,<br><br>Plaintiff,<br><br>v.<br><br>**Captain Frank**, *et al.*,<br><br>Defendants. | **Notice of Intent Not to File a Dispositive Motion and Request for Court-Hosted Settlement Conference** |

Defendants Brade, Frink, and Gillis give notice that, upon further review of relevant records, Defendants no longer intend to file a Motion for Summary Judgment in this action and request this matter be referred for a court-hosted settlement conference in accordance with Local Rule 101.2. Defendants have not conferred with Plaintiff to ascertain his position on this request.

This 6th day of October 2026.

JEFF JACKSON
Attorney General

/s/ *Tanner J. Ray*
Tanner J. Ray
Assistant Attorney General
N.C. Bar No. 59422
N.C. Department of Justice
Public Safety Section
P.O. Box 629
Raleigh, NC 27602
Phone: 919-716-6540
Fax: 919-716-6761
tjray@ncdoj.gov

## CERTIFICATE OF SERVICE

I certify that, on this day, I electronically filed this Notice with the Clerk of the Court utilizing the CM/ECF system and will cause the same to be served upon Plaintiff, a non-CM/ECF participant, via regular United States Mail addressed as follows:

Dayshawn Beckham
OPUS No. 1394471
Scotland Correctional Institution
22385 McGirts Bridge Rd.
Laurinburg, NC 28352
*Pro se plaintiff*

This 6th day of October 2026.

/s/ *Tanner J. Ray*
Tanner J. Ray
Assistant Attorney General